**2008–0069. Crawford v. FirstMerit Mtge. Corp.**
Cuyahoga App. No. 89193, 2007-Ohio-6074. Discretionary appeal not accepted. Motions for admission pro hac vice of Arend J. Abel, Vess A. Miller, and Richard E. Shevitz by Mark Schlachet granted.

**2008–0070. State v. Cameron.**
Cuyahoga App. No. 89165, 2007-Ohio-6066.

**2008–0071. State v. Redwine.**
Brown App. No. CA2006–08–011, 2007-Ohio-6413.

**2008–0072. Allstate Ins. Co. v. Dolman.**
Lucas App. No. L–07–1113, 2007-Ohio-6361.
   PFEIFER, J., dissents.
   CUPP, J., dissents and would accept the appeal and hold the cause for the decision in 2008–0304 and 2008–0403, *Safeco Ins. Co. of Am. v. Fed. Ins. Co.,* Hamilton App. No. C–070074, 2007-Ohio-7068.

**2008–0074. State v. Miller.**
Wood App. No. WD–06–086, 2007-Ohio-6364.
   MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**2008–0075. Faith v. Scuba.**
Geauga App. No. 2007–G–2767, 2007-Ohio-6563.

**2008–0081. State v. Bock.**
Franklin App. No. 07AP–119, 2007-Ohio-6276.
   LUNDBERG STRATTON and LANZINGER, JJ., dissent.

**2008–0084. State v. Skinner.**
Ross App. No. 06CA2931, 2007-Ohio-6320.

**2008–0094. State v. Orris.**
Franklin App. No. 07AP–390, 2007-Ohio-6499.

**2008–0099. Watson v. Ford Motor Co.**
Erie App. No. E–06–074, 2007-Ohio-6374.
   PFEIFER, J., dissents.

**2008–0101. State v. Nickelson.**
Wood App. No. WD–06–023, 2007-Ohio-6367.

**2008–0102. State v. Wood.**
Franklin App. Nos. 07AP–162 and 07AP-163, 2007-Ohio-6380.
   PFEIFER, J., dissents.

**2008–0104. State v. McCuller.**
Cuyahoga App. No. 89834, 2007-Ohio-6301.

**2008–0105. State v. Gabe.**
Cuyahoga App. No. 89258, 2007-Ohio-6319.

**2008–0106. State v. Thompson.**
Cuyahoga App. No. 89435, 2007-Ohio-6818.

**2008–0110. In re Estate of Schumann.**
Montgomery App. No. 22327.

**2008–0114. State v. Bishop.**
Cuyahoga App. No. 89184, 2007-Ohio-6197.

**2008–0116. State v. Phillips.**
Cuyahoga App. No. 89045, 2007-Ohio-6063.

**2008–0118. State v. Hatfield.**
Franklin App. No. 07AP–245.